AO 93 (Rev 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 7:22mj123 | Date and time warrant executed: 12/20/2022 @ 0604 | Copy of warrant and inventory left with: Dining Room Table |
| Inventory made in the presence of: Agent N. Davis | | |

Inventory of the property taken and name of any person(s) seized:

1 - Bag of Brown Chunks

2 - Brown Powder in bag

3 - Peach colored iPhone

4 - Bag of fake US Currency

5 - Blue iPhone

6 - Approximately $1751 US Currency

7 - Macbook

8 - Mini-Draco w/ Magazine

9 - Approximately $183 US Currency

10 - Magazine (NZN)

**Received in Chambers**
By Reliable Electronic Means

December 22, 2022

Hon. Robert S. Ballou
United States Magistrate

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/21/22

Executing officer's signature

Special Agent Andrew Burton
*Printed name and title*